**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Raymundo ROCHELLE–HER-NANDEZ, also known as Raymundo Rochelle–Hernandez, Defendant–Appellant.**

No. 04–51288.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, San Antonio, TX, for Defendant–Appellant.

---

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Raymundo Rochelle–Hernandez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANT-ED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.